CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

January 8, 2015

Daniel Felder
No. 01941471
Luther Unit
1800 Luther Dr.
Navasota, TX 77868

RE:     05-14-01031/01032/01033-CR
        Daniel Felder v. The State of Texas

Dear Mr.:

Your attorney has filed a brief in which he states he has determined your appeal is frivolous and without merit. A copy of that brief is enclosed with this letter.

You have a right, if you so desire, to review the appellate record yourself and file a pro se response. If you desire to review the appellate record and file a pro se response, please write this Court by **February 9, 2015** and make such a request. Otherwise, your case will be submitted upon the brief of your attorney.

Sincerely,

/s/     Lisa Matz, Clerk

Enclosure

ltr:mrh